Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**FILED**

Mar 05 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ zenobiaa          DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of

Division

Jessica Korth (and I have children) | Case No. **'21CV401  WQHLL**
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

County of orange, city of garden grove, Garden grove Police department, orange county Social services

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

Requesting mediation By Judge for Both districts Attorney Office + Jessica Korth BEFORE MARCH 18th TRIAL BECAUSE OF CIVIL RIGHTS VIOLATION BY SUP. COURT JUDGES! THIS CASE

## COMPLAINT FOR A CIVIL CASE

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                  Jessica Korth
Street Address        8941 Calico Ave
City and County       garden grae
State and Zip Code    CA, 92841 → 92841
Telephone Number      714 383 3817
E-mail Address        Jessica korth 4 @ gmail . com

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1
Name                  Orange County, California

Job or Title *(if known)*  300 N. Flower st
Street Address
City and County  SANTA Ana , Orange County
State and Zip Code  CA   92701
Telephone Number
E-mail Address *(if known)*

Defendant No. 2
Name  City of Garden Grove
Job or Title *(if known)*
Street Address  11222 Acacia Pkwy
City and County  Garden Grove , orange
State and Zip Code  CA, 92840
Telephone Number  714 741 5000
E-mail Address *(if known)*

Defendant No. 3
Name  Garden Grove Police departm
Job or Title *(if known)*
Street Address  11301 Acacia Pkwy
City and County  Garden Grove , orange
State and Zip Code  CA 92841
Telephone Number  714 741 5704
E-mail Address *(if known)*  officer hiedel Badge
officer Fajardo Badge 4748

Defendant No. 4
Name  Orange County Social Services
Job or Title *(if known)*  children Family Services
Street Address  301 the city dr
City and County  orange     orange
State and Zip Code  CA   92868
Telephone Number  714 715 6400, ( 714 746 8318
E-mail Address *(if known)*  Thuy le D33 # VS6F + Vickie vonahme
VS CE Dependency

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*The constitution itself (specifically 6th, 4th, 18th Amendments) All all US. CODES (But Specific to deprivation of rights. 42 U.S.C. § 1983 unlawful arrest penal code 118.1 right to speedy trial penal code 991, 1382*

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* __Jessica Korth__, is a citizen of the
State of *(name)* __California__.

b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)*
_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

*Orange County City of Garden Grove + Police Dept.*

a.    If the defendant is an individual *Orange County,*
The defendant, *(name)* __Social Services__, is a citizen of
the State of *(name)* _____. Or is a citizen of
*(foreign nation)* _____

b.    If the defendant is a corporation
The defendant, *(name)* _____, is incorporated under
the laws of the State of *(name)* _____, and has its
principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

*$235 100 00*

III.    **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

We can prove unconstitutional arrest (for every american); fraudulence in identity according to prosecution; predication upon deception — All Federal Offenses !!!

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

+ monetary damages ($235,100)
+ Meeting in fed. court to discuss national policy
+ immediate intervention Before march 18th of 2021
For Mediation before myself and district Attorney orange County, CA

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    3 . 5 . 2021

Signature of Plaintiff

Printed Name of Plaintiff _____ _Jessica Korth_____

_Chad Busto,_

**B.**    **For Attorneys**

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____



OFFICE OF THE

# DISTRICT ATTORNEY

ORANGE COUNTY, CALIFORNIA
**TODD SPITZER, DISTRICT ATTORNEY**

RECEIVED
FEB 11 2020
DISTRICT ATTORNEY'S OFFICE
WEST JUSTICE CENTER

## INFORMATION SHEET

### NO CASE FILED BY THE DISTRICT ATTORNEY'S OFFICE

If you have been told by the Court Clerk to check with the Office of the District Attorney because a case has not been filed against you, please read the following instructions:

1. The Office of the District Attorney has not yet received the paperwork from the Law Enforcement Agency, which cited or arrested you.

2. The Office of the District Attorney has received the paperwork and is reviewing it for further action. *(handwritten: still under review)*

3. The Office of the District Attorney has reviewed the paperwork and returned it to the Law Enforcement Agency. It is possible that charges could be filed at a later date.

It is your responsibility to contact the court to inquire if there is a complaint filed against you. You may contact the court at: (657) 622-8459. You may also access case information via the internet at: www.occourts.org

If your address changes, it is your responsibility to keep a forwarding address current with the Post Office.

The date stamp is verification that you did come in on your scheduled court date. It ***does not*** excuse you from making any necessary court appearances. It ***does not*** indicate that the case is dismissed.

*(handwritten: Absurdity;)*

☐ MAIN OFFICE
401 CIVIC CENTER DR W
P.O. BOX 808
SANTA ANA, CA 92701
(714) 834-3600

☐ NORTH OFFICE
1275 N. BERKELEY AVE.
FULLERTON, CA 92831
(714) 773-4480

☐ WEST OFFICE
8141 13th STREET
WESTMINSTER, CA 92683
(714) 896-7261

☐ HARBOR OFFICE
4601 JAMBOREE ROAD
NEWPORT BEACH, CA 92660
(949) 476-4650

☐ JUVENILE OFFICE
341 CITY DRIVE SOUTH
ORANGE, CA 92868
(714) 935-7624

☐ CENTRAL OFFICE
700 CIVIC CENTER DRIVE W
SANTA ANA, CA 92701
(714) 834-3952

*(handwritten: Should we All call every D.A. in America to find out if there are charges pending against us?)*

Revised 01/07/2019

⚠ Internet Explorer designed support for this Wix.com for browser better builder. Create your website today. Get a New Browser    ✕

"Everything that we sense is a part of us: the sun, the sky, the people around us, our country, reality, life; because our senses are a part of us."

We Are Our Language

- "The United States of America."

# 1. How Language Proves We Are Everything and Everyone Around Us.



Like the second page declares, the American English language is a fact of our existence. To point out what something is also helps to understand what is factual about our reality. Because our language is a fact of our existence, statements made by us that are our language and statements existing as our language, like this one here are also facts. This web site, along with everything that it is-all its pictures, functions, symbology, words, meanings, etc., and everything it leads anyone and everyone to is a fact and the truth of our reality.

Therefore, to also point out that there is a statement (technically an infinite amount of statements) of American English that proves beyond any shadow of all doubt that ALL 331 MILLION CITIZENS OF OUR COUNTRY (really ALL HUMANS) ARE THE PRESIDENT OF THE UNITED STATES OF AMERICA (OUR NATION); CO-OWNERS OF ALL OF OUR BUSINESSES EQUALLY (INCLUDING ALL MAJOR CORPORATIONS LIKE GOOGLE, APPLE, AND FACEBOOK and the like..); AND OWNERS ALREADY OF OUR HOMES OR APARTMENTS WE CURRENTLY RESIDE IN ESPECIALLY BEFORE WE PAY FOR OR PURCHASE ANYTHING is also a fact of our reality, BECAUSE THIS STATEMENT AND PARAGRAPH IS THAT STATEMENT.

These words are American English and the truth of our reality. This is a fact. American English is WHO WE ARE. When our language is WHO WE ARE AS AMERICAN CITIZENS AND HUMAN BEINGS ON PLANET EARTH, THEN OUR LANGUAGE (IT IS DOING IT RIGHT HERE AND NOW ON THIS PAGE) MAKES US EVERYTHING AND EVERYONE IN EXISTENCE!

⚠ Internet Explorer was disabled with Wix. Use a modern web browser. Create a new website today. Click Now to Browser. ×

"Everything that we sense is a part of us: the sun, the sky, the people around us, our country, reality, life; because our senses are a part of us."

We Are Our Language 

- "The United States of America."



WHO WE ARE.

WE ARE OUR
LANGUAGES IN
AMERICA.  WE ARE
AMERICAN
ENGLISH.

THESE WORDS ARE
AMERICAN
ENGLISH.

OUR LANGUAGE IS
WHO WE ARE.

**WE ARE EVERYTHING.**

**WE ARE
EVERYWHERE.**

**AND BECAUSE THIS MEANS WE ARE EVERYONE, ALL 331
MILLION OF US AS AMERICAN CITIZENS ARE THE REAL
PRESIDENT(S) OF THE UNITED STATES OF AMERICA.
IT IS NOT JUST ONE OF US.**

## SIXTH AMENDMENT RIGHT TO SPEEDY TRIAL

The Sixth Amendment of the United States Constitution made applicable to the States through the Fourteenth Amendment of the United States Constitution guarantees "in all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial." The right to a speedy trial is triggered upon arrest or filing of a formal charging document, whichever occurs first. *See Villa v. State*, 450 So.2d 305, 306 (Florida 5th DCA 1984) *see also Niles v. State*, 120 So.3d 658, 663 (Fla. 1st DCA 2013).

The United States Supreme Court has set forth four (4) factors to be balanced against each other on a case-by-case basis to determine whether a defendant's right to a constitutional speedy trial has been violated. *See Fletcher v. State*, 143 So.3d 469 (Fla. 5th DCA 2014) *citing Barker v. Wingo*, 407 U.S. 514, 530, 92 S.Ct. 2182, 33 L.Ed.2d 101(1972). These factors are: 1) the length of delay; 2) the reason for the delay; 3) the defendant's assertion of his right to speedy trial and 4) prejudice to the defendant caused by the delay. *See Barker* at 530. The first factor, the length of delay is merely a threshold or triggering mechanism necessary in order for the court to conduct an investigation into the remaining three factors. *See Id. see also State v. Joyner*, 460 So.2d 584, 585(Fla. 5th DCA 1984).

The first of the four factors, delay, is a "double inquiry." *See Niles* at 664 *citing Doggett v. United States*, 505 U.S. 647, 651-652, 112 S.Ct. 2686, 120 L.Ed.2d 101(1972) Once the defendant has shown that the interval between accusation and trial has crossed the threshold and is presumptively prejudicial, the court must then consider the extent to which the delay has extended beyond the minimum needed to trigger a judicial examination. *Id.* The longer the delay beyond the bare minimum necessary to show presumptive prejudice the stronger the presumption that the pretrial delay has actually prejudiced the defendant. *See United States v. Villarreal*, 613

F.3d 1344, 1350(11th Cir. 2010). The other "Barker factors" are triggered once the initial threshold has been met. The additional "Barker factors" are 1) the reason for the delay; 2) whether the defendant asserted his right to a speedy trial and 3) prejudice.

Pursuant to the holding in Doggett, with regard to a motion to dismiss on speedy trial grounds, delay may be characterized into one of three categories. The first category is delay in the presence of diligence. The second category is delay caused by the government's negligence. The third category is delay caused by bad faith or to gain a tactical advantage.

> "Between diligent prosecution and bad faith delay, official negligence in bringing an accused to trial occupies the middle ground. While not compelling relief in every case where bad faith delay would make relief virtually automatic, neither is negligence automatically tolerated simply because the accused cannot demonstrate exactly how it has prejudiced him. It was on this point that the court of appeals erred, and on the facts before us, it was reversible error. Barker made it clear that "different weights are assigned to different reasons for delay." *See Doggett* at 657.

Negligent delay, while less intolerable than bad faith delay, remains unacceptable. It corrupts the integrity of the system and destroys the public's confidence in the system. With regard to negligent delay, the Doggett court held:

> "Although negligence is obviously to be weighted more lightly than a deliberate intent to harm the accused's defense, it still falls on the wrong side of the divide between acceptable and unacceptable reasons for delaying a criminal prosecution once it has begun. And such is the nature of the prejudice presumed that the weight we assign to official negligence compounds over time as the presumption of evidentiary prejudice grows. Thus, our tolerance of such negligence varies inversely with its protractedness......and its consequent threat to the fairness of the accused's trial. Condoning prolonged and unjustifiable delays in prosecution would both penalize many defendants for the State's fault and simply encourage the government to gamble with the interests of criminal suspects assigned a low prosecutorial priority."

November 24, 2019
Tom Dare
Chief of Police
City of Garden Grove
11301 Acacia Parkway
Garden Grove, CA  92840

To whom it may concern,
This letter is my complaint of officer misconduct and dishonesty pertaining to myself on August 4th 2019 around 8 pm at 8911 Calico, Garden Grove. I ask this be investigated. I have read the officers' reports and know that they are less than truthful and omit details they knew which prevented them from arresting me for supposedly driving under the influence.
The Calico residence is the home of Israel Villanueva, his son Israel Jr. Israel Sr is by boyfriend who I went to meet at Calico as we were going to go out together that night.. I had been drinking with Jessica Villanueva and her boyfriend Jeffrey earlier in the day. Because I had been drinking I did not drive. Jessica drove me to Calico in her car and left.
I got into an argument with Israel Sr. for not being able to drive my kids and I because he had been drinking with his family from out of town and then his brother Elli Villanueva stepped into the argument grabbed me by my arms and threw me to the ground and said get out of here.. The cops were called. While I was waiting I was also arranging to be picked up and kept the kids in their dad's pickup parked on the property beside which I was standing with two GGPD cars arrived,  I showed them the injuries Elli had caused.  It appeared in time they were more interested in my supposedly having driven to Calico in the pickup with my kids. Israel Sr. told the officers he did not know how I arrived because he was inside the gate with his family.
I was taken back by their turning me into a suspect and talking about driving under the influence because not only I, but Israel Sr. and the kids were also telling the officers I had been dropped off and had not been driving.  That did not seem to matter much. They refused to talk to Jessica or her boyfriend and took me, because they were not present. They took my kids and my two dogs to the Garden Grove PD and continuously informed children their dogs would be put to sleep. I was separated from the children and learned they had been taken to Orangewood despite my and Israel's request to leave them with Israel at Calico that following Monday morning.

In the end, my kids were taken away from me and no DUI charge has yet to be file although I've been to court 1 time on date they issued but nothing. I now have an ongoing family dependency case as well.

My complaint specifically concerns the misrepresentations, lies and important omissions from the officers' reports, some of which are as follows:

 The arresting officer ( Fajardo J) wrote:
"I arrived to pick up son" referring to me…I explained to Fajardo that my son had been dropped off (at the address in question) with myself and other 3 children. They refused to confirm my witnesses and my telling them I had driven to that location or anywhere else under the influence but got a ride precisely because I had been drinking.
Fajardo also states vehicle was "towed" and states "witness claims I was upset I wasn't invited to a party." At no time did I make such a statement which he repeats in the report.
I told another officer on scene (Chumbe) that I had been dropped off and was waiting for a ride when the officers arrived. .
A third officer, (Riedl) states falsely that I told them the vehicle I was standing next to was not mine. It wasn't mine and I told them so, but they seemed determined to arrest me for driving that car when I had not.
Officer Riedl falsely states "I drove the vehicle to get my baby……."Just the opposite is true. I told the officers all of my kids had been driven to (address) off with me by another person..
Riedl indicates falsely again where I told them why are you trying to badger me and place are charge on me acting as if I drove over here to get my kid when I informed them **we were all dropped off together**.

**CLAIM FOR MONEY OR DAMAGES**
**AGAINST THE COUNTY OF ORANGE**
(Pursuant to Govt. Code section 910 et seq.)

Received by _____ via:
☐ Mail
☐ Over the Counter
☐ Pony Mail
☐ Other          *** COB USE ONLY ***

**Completed and signed forms must be mailed or delivered to:**    Clerk of the Board of Supervisors
(Unsigned claim forms cannot be processed)                        333 W. Santa Ana Blvd., Suite 465
                                                                  Santa Ana, CA 92701

## CLAIMANT INFORMATION

1. **Claimant's Name:** Jessica Korth    2. **Date of Birth:** 2-26-90

3. **Claimant's Address:** 26383 Via Damasco mission Viejo, CA 92691
   Street (or P.O. Box)    City    State    Zip Code

4. **Phone Number:** 714 747 4634
   Home        Work        Other

5. **Name and address where correspondence should be sent (if different from above):**
   Israel Villanueva 8911 Calico Ave garden grove CA 92691
   Name    Street (or P.O. Box)    City    State    Zip Code

## CLAIM INFORMATION

6. **Exact date (including year) of the occurrence or transaction which gave rise to the claim asserted:** August 4th 2019

7. **Exact location of the occurrence or transaction which gave rise to the claim asserted:**
   8911 Calico Ave garden grove CA 92841

8. **Describe the circumstances of the occurrence or transaction which you claim caused the damage/injury/loss:** See Attached Claim. I was falsely arrested for Dui & child endangerment, seperated from my children. the aresting officer dropped Kids illegally at grouphome I now have open dependancy case Kids were physically & sexual abused at group home & also medically neglected

9. **Jail Booking Number:** 285922    Police Agency/Report Number:
   PD Report # 19043777    Garden grove PD

10. **Provide a description of the damage/injury/loss incurred so far as is known as of the time of this claim:** Kids suffered severe trauma as well as mother yaungest child Israel now Suffers from Asthma & Bronchitis and other lung related issues Both Gabriel & Israel Have severe trauma & medical issues still Being treated as well as mother.

Revised 9/08                                                      Page 1 of 2

Bade 476

11. Name(s) of County employee(s) causing damage/injury/loss, if known: officer Bie DL CPS Social work Thuy Lee, & Senior Social worker tammy Hill + Supervisor ZELDA.

12. License number of County vehicle (if applicable): _____

13. Name, address and phone number of any and all witnesses known: Jeffrey Silva 657 650 6530   Jessica Villanueva 657 445 06 03 @ the Fathers House

14. Any additional information that may assist us in evaluating your claim: 8911 calicoAve garden Grove ct that night   Jeffrey is her bayfriend that Brought truck To israel senlors houes After cook out.

## DAMAGES CLAIMED

I did not Drive and No vehicle was Towed From Scene office lied + Fabricated report

15. a. If the amount claimed is less than $10,000:
   Amount claimed to present:                                    $ _____

   Estimated amount of any prospective damage/injury/loss:  $ _____

   TOTAL AMOUNT CLAIMED:                                    $ _____

b. If the amount claimed exceeds $10,000, would the case be a limited civil case ($25,000 or less)?
   Yes _____        No _____

c. Basis of computation of the amount of damages (Please attach any estimates and/or receipts): _____

_____

_____

## WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM

Section 72 of the Penal Code states: "Every person who, with intent to defraud, presents for allowance or for payment to any state board or officer, or to any county, city, or district board or officer, authorized to allow or pay the same if genuine, any false or fraudulent claim, bill, account, voucher, or writing, is punishable either by imprisonment in the county jail for a period of not more than one year, by a find of not exceeding one thousand dollars ($1,000), or by both such imprisonment or fine, or by imprisonment in the state prison, by a fine of not exceeding ten thousand dollars ($10,000), or by both such imprisonment and fine."

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___9th___ day of __August__ 20 19 at ___10:42 am___

_____
Signature of Claimant or Claimant's Representative

## You Must Present Your Claim Within The Time Prescribed By Govt. Code Section 911.2

Revised 9/08                                                                 Page 2 of 2

PETITIONER: Jessica Korth

RESPONDENT: Director of the Department of Motor Vehicles

CASE NUMBER: 48154789

6. Per Vehicle Code § 13380, the Officer then filed a sworn statement (Form DS-367) with the DMV stating that there was reasonable cause to believe petitioner had been driving a motor vehicle in violation of Vehicle Code § 23152 or 23153, the petitioner was arrested and petitioner

☑ took a chemical test with a result of .234% and 0.012% blood alcohol concentration.
☐ did not take or complete a chemical test.

7. A copy of the Officer's DS-367 Statement – Vehicle Code §§ 23152 and 13352 is attached to this petition.

8. On (date) 10·7·19 , petitioner requested an administrative hearing. The hearing was granted and held on (date) 6·16·2020 .

9. A certified copy of the transcript of the administrative hearing has been ordered from the DMV and

☑ has been lodged with the Court.
☐ will be lodged with the Court as soon as it is received by petitioner.

10. On (date) June 16, 2020 , the DMV issued an Order of Suspension which stated that petitioner's privilege to drive a motor vehicle was suspended for 1 year(s), from (date) June 26 2020 through (date) June 25 2021 The suspension was under the authority of Vehicle Code § 13353.3. A copy of the Order of Suspension is attached to this petition.

11. This petition is further based on the following evidence and matters from the record of the administrative hearing [attach additional pages if necessary].

I was NEVER driving I told the officers Several times that I was dropped off By my male friend Jeffrey & Israels daughter Jessica. the officers refused to Listen and address the real issue for Domestic Violence that they were called to premisise for. They Badgered me for almost an Hour about a Dui then arrested me & charged me. I was a victim this day & Never was in a vichcle. I even asked the officer who reports a Vichcle was towed, "what towing company did you use? Did I have keys on me? Was I in a vichcle? She answered All questions with "I dont Know" & NO I was NEVER driving.

12. Petitioner is beneficially interested in this action because petitioner is a party directly affected by the action of Respondent in suspending his or her privilege to operate a motor vehicle.

Approved for Optional Use
L-0115 (Rev. July 1, 2008)
**PETITION FOR ALTERNATIVE WRIT OF MANDATE CCP § 1094.5 AND VEHICLE CODE § 13559 TO SET ASIDE SUSPENSION OF DRIVING PRIVILEGE – DUI**
CCP 1094.5(g)

## SUMMARY OF COMPLAINT PROCESS

AFTER YOUR COMPLAINT IS FILED, A POLICE DEPARTMENT MEMBER ASSIGNED BY THE CHIEF OF POLICE, WILL PROMPTLY GATHER ALL INFORMATION PERTINENT TO EACH ALLEGATION OF MISCONDUCT IN THE COMPLAINT. THE FINAL DISPOSITION ON THE CASE WILL BE MADE BY THE CHIEF OF POLICE. YOU WILL BE NOTIFIED BY LETTER AT THE CONCLUSION OF THE INVESTIGATION. WHEN COMPLAINTS ARE FOUND TO BE SUSTAINED, THE CHIEF OF POLICE SHALL DETERMINE AND ADMINISTER APPROPRIATE CORRECTIVE ACTION.

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER FOR ANY IMPROPER POLICE CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZEN COMPLAINTS. YOU HAVE THE RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT. EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

**IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.** (148.6 CALIFORNIA PENAL CODE.)

This advisement is also available in multiple languages.

I HAVE READ AND UNDERSTAND THE ABOVE STATEMENT.

SIGNATURE _____

☐ PHONE COMPLAINT

☐ THE ABOVE STATEMENT (IN BOLD) WAS READ TO COMPLAINANT.

PERSON RECEIVING COMPLAINT _____

FORM #322a
g:\work\police\brochures\citizen complaint brochure.pmd            (rev 7/06)

---

## GARDEN GROVE POLICE DEPARTMENT
## CITIZEN COMPLAINT FORM

| NAME (FIRST, MIDDLE LAST) | DATE OF BIRTH | TELEPHONE | RACE |
|---|---|---|---|
| Jessica Korth | 2.26.90 | 714 747 4654 | W |

| ADDRESS (STREET, CITY, ZIP) | | |
|---|---|---|
| 21,283 Via Damasco Mission Viejo CA | 92691 | |

| WITNESS (NAME) | | |
|---|---|---|
| yess Villanueva | | |

| ADDRESS | TELEPHONE | DATE OF BIRTH | BUSINESS TELEPHONE |
|---|---|---|---|
| Garden Grove | 714 476 1834 | | |

| WITNESS (NAME) | |
|---|---|
| Jeffrey | |

| ADDRESS | TELEPHONE | DATE OF BIRTH |
|---|---|---|
| Anaheim | 657 250 6530 | |

| LOCATION OF OCCURRENCE | DATE | TIME |
|---|---|---|

| OFFICER INVOLVED (NAME) | BADGE # | CAR# |
|---|---|---|
| Officer Fajardo + 5 more | | |

POLICY AND PROCEDURE ☐          EXPLAINED ☐

DESCRIPTION OF EVENTS:

They arrived on Domestic called tanned

Their attention towards me as stated

in copy of complaint.

Fajardo charged a Dui after I

repeatedly stated I was dropped off

They bugged me for over an hour

I hereby certify that the above facts are true and correct. I acknowledge that under California Civil Code 47.5, civil action can be brought against me for knowingly filing a false complaint.

SIGNATURE OF COMPLAINT (ADULT) _____

SIGNATURE OF PARENT (IF UNDER 18 YEARS OF AGE) _____

| PERSON RECEIVING COMPLAINT | DATE | TIME |
|---|---|---|
| Amanda Pollock | 4/22/2020 | 11:51 A |



**COUNTY OF ORANGE**
**COUNTY EXECUTIVE OFFICE**

**OFFICE OF RISK MANAGEMENT**

• Safety & Loss Prevention Program
• Workers' Compensation Program
• Liability Claims Management Program
• Administration & Financial Management
• Insurance/Contracts & Commercial Insurance
• ADA II Public Access Compliance

Telephone: (714) 285-5500
FAX: (714) 285-5599

December 31, 2019

Jessica Korth
c/o Israel Villanueva
8911 Calico Ave.
Garden Grove CA 92691

Re: Claimant: Jessica Korth c/o Israel Villanueva
Date of Loss: August 04, 2019
Claim Number: 20190873

Dear Jessica Korth,

Please be advised that investigation of the above-matter has been completed. Investigation disclosed no negligence on behalf of the County of Orange. In view of the facts, we have no recourse but to disclaim any liability on behalf of the County of Orange.

Notice is hereby given that the claim you presented on 12/11/2019, is rejected by operations of law.

WARNING: "Subject to certain exceptions, you have only six months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code, Section 945.6."

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Sincerely,

Joe Navarro
Claims Representative
(714) 285-5516



### COUNTY OF ORANGE
## COUNTY EXECUTIVE OFFICE

- Safety & Loss Prevention Program
- Workers' Compensation Program
- Liability Claims Management Program
- Administration & Financial Management
- Insurance/Contracts & Commercial Insurance
- ADA II Public Access Compliance

**OFFICE OF RISK MANAGEMENT**

Telephone: (714) 285-5500
FAX: (714) 285-5599

December 17, 2019

Jessica Korth
c/o Israel Villanueva
8911 Calico Ave.
Garden Grove CA 92691

Re: Claimant: Jessica Korth c/o Israel Villanueva
Date of Loss: August 04, 2019
Claim Number: 20190873

Dear Jessica Korth,

You are hereby notified that the claim you filed on December 11, 2019, has been received by the County of Orange Risk Management Office for processing. Notification concerning whether the claim is approved or denied will come from this office. Further communications regarding this matter should be directed to the undersigned at the address below.

Sincerely,

Joe Navarro
Claims Representative
(714) 285-5516

601 N. Ross Street, 5th Floor, Santa Ana, CA 92701 -- P.O. Box 327 Santa Ana, CA 92702

# mail.com

# release of prisoners

**From:**    "michael roosevelt-bush" <americanpresidency2024@mail.com>

**To:**    americanpresidency2024@mail.com, bchad4215@gmail.com, christandus2020@protonmail.com

**Date:**    Feb 21, 2021 3:03:56 AM

every conviction in american history that arrested the alleged perpetrator before they were deemed guilty in a court of law committed an unlawful and unconstitutional arrest. if we are to be deemed innocent until proven guilty, then we would be treated like every other "normal" citizen right up until the moment where either the defendant agrees to a plea-deal or loses at trial. the "normal" citizens walk around society; they go to work and go home; they go shopping and go on walks, etc. people in jail do the exact opposite. they exist in a cage, with little to no room to move; and of course, instead of having the pleasures of the opposite sex, must be in same sex lockdown situations.

that is NOT how innocent people are treated.

In addition to this the true identity of every american citizen which is proven by the i have, you have and we have statements and the additional evidence provided by testimony (8th) and the website, is to be everything and everyone that has ever existed or will ever exist!!!!! this is a very serious matter. b/c if every human on this planet is every human on this planet, then unless we hold every human accountable equally according to the law and charge ALL 7.5 billion people with every crime that will ever occur, we fail in our goals of prosecution because we committ them under false pretenses and to do so is fraudulence and deception which are also federal offenses. Predicating anything that we do upon deception is a federal offense. One of the biggest reasons why EVERY HUMAN CURRENTLY INCARCERATED HAS BEEN UNLAWFULLY DETAINED is DUE TO THE NATURE OF THE OFFENSE OF OUR ENTIRE SOCIETY CLAIMING THAT EACH ONE OF US as humans on this planet ARE ONLY ONE PERSON, AND WE ARE ABSOLUTELY CONVINCED THAT all OF US are ARE NOT the other people around us. Every prisoner being held in the u.s.a. under these false pretenses of being way more than just one human, but specifically being treated as if they are NOT (it is the grounds for our ENTIRE SOCIETY's Fraudulence and DECEPTION, WHICH WE NEED TO WORK ON STOPPING.

We also put THE WORST KNOWN CRIMINAL into little kindergarteners minds when they are still very young by teaching them a toxic and illegal language, by spending thousands and millions and billions and trillions of dollars every single day to attract american citizens and people all over the world to DESPERATELY CRAVE AND WANT THE PRODUCTS OF THE UNITED STATES OF AMERICA, ALL OF WHICH ARE CLEARLY LABELED AS AMERICAN ENGLISH, **WHICH IS AN ILLEGAL LANGUAGE. PERIOD. WE SET A HORRIBLE EXAMPLE FOR OUR CHILDREN WHEN WE WAKE UP IN THE MORNING AND *PLAN* ON BREAKING THE LAW ON THE INTERSTATE. IF WE COULD STOP OUR SPEEDING WAYS FOR LIKE 18 DAYS, WE COULD PROBABLY STOP ALL OF OUR OTHER PROBLEMS, TOO.**

Finally, because in our society a conviction in court must occur to find a human guilty of any crime, including murder, the arresting agency must file a criminal report and the prosecution must file a criminal complaint to convict in court. Therefore, the actual labels and titles of the crimes themselves in our language, like MURDER or RAPE or ARSON etc. are necessary aspects to the whole process of convicting someone and therefore are aspects of the crimes themselves!!!!! that means anywhere in our huge reality and existence that any of the 26 symbols of the alphabet exist, crime is already occurring there. this means everyone who has been convicted of crimes and is serving time was ambushed by the united states of america itself b/c the crimes they "allegedly" committed were actually ALREADY OCCURING in the places that they found themselves in or went to and were traveling to. b/c every taxpaying american is responsible for every symbol that goes up, gets taught to our children in public school, and for doing something about the language that, for our entire lives has been found to be illegal, banned, prohibited, outlawed, forbidden, and unlawful (BECAUSE FOR THE VERY REASON IT *HAS* BEEN MURDER AND RAPE AND HURT AND HARM TO US OUR ENTIRE LIVES).

Therefore, we conclude that EVERY SINGLE HUMAN BEING CURRENTLY BEING HELD IN A PENAL INSTITUTION OR DETENTION CENTER HAS BEEN EITHER ARRESTED, DETAINED OR CONVICTED FRAUDULENTLY, FALSELY, DECEPTIVELY AND UNCONSTITUTIONALLY, AND DESERVES TO BE COMPASSIONATELY RELEASED AND TO HAVE THEIR SENTENCES VACATED, SET ASIDE AND CORRECTED TO REFLECT THE VIOLATION OF EVERY

# THE SERIOUSNESS OF OUR SYMBOLOGY

Sent: **Wednesday, February 10, 2021 4:30 PM**

From: **christandus2020 christandus2020@protonmail.com**

To: **bchad4215@gmail.com bchad4215@gmail.com**

in our current justice system in the united states of america, for an actual crime to be considered to have actually been committed, a conviction must occur in court.

for this to occur, a formal criminal report filed by the arresting agency and a formal complaint filed by the prosecution must be filed by the courts. Necessary components of these two aspects of our justice system are the actual labels and titles of the crimes alleged to have been committed, like trespassing or loitering or making a false statement, etc. THE ACTUAL LABEL OF THE CRIME, LIKE MURDER OR ARSON MUST BE FILED AS THE REPORT ON THE REPORT AND AS THE COMPLAINT ON THE COMPLAINT WITH THE COURT AND THEREFORE ARE NECESSARY ASPECTS TO THE FINAL CONVICTION OR AGREEMENT TO A PLEA DEAL. Because the actual labels and titles as words of our crimes are necessary to our court proceedings and therefore necessary for the convictions, and the convictions are necessary for a crime to be considered actually committed by our federal, state, and local governments, the words themselves of the crimes AS THE ACTUAL WORDS AND LABELS THEMSELVES, LIKE TRESPASSING OR ARSON ARE PARTS OF THE CRIMES THEMSELVES!

THAT MEANS EVERYWHERE OUR LANGUAGE EXISTS IN THE ACTUAL SYMBOLOGY THAT CAN BE SEEN OR READ OR FELT IN THE FORM OF THE WORDS THAT ARE TITLES AND LABELS OF OUR CRIMES, THE CRIMES THEMSELVES ARE ALREADY OCCURING IN EQUAL PART!!

THIS FACT OF OUR EXISTENCE ACTUALLY MAKES OUR ENTIRE LANGUAGE ILLEGAL, BANNED, OUTLAWED, PROHIBITED, UNLAWFUL AND FORBIDDEN, BECAUSE, FOR INSTANCE, EVERYWHERE THE LETTER A EXISTS, THE CRIME OF AGGRAVATED ASSUALT, OR ARSON, OR TRESPASSING, OR ANY OTHER CRIME OUR SOCIETY HAS IS ALREADY OCCURING, BECAUSE OUR SYMBOLOGY AND LANGAUGE IS AT THE VERY LEAST AN EQUAL ASPECT OF THE CRIMINALITY OF OUR REALITY.

Sent with ProtonMail Secure Email.



Video to watch !!!

(url)

https://youtu.be/ZwNNe-UGRg

type into address bar    to watch
video
or access
website



# pointing out the truth and facts of features of our reality proves alot

**From:**    "michael roosevelt-bush" <americanpresidency2024@mail.com>

**To:**    bchad4215@gmail.com, christandus2020@protonmail.com, americanpresidency2024@mail.com,
Arturo_Rivera@txs.uscourts.gov, attorney@kerrvilletx.gov, MFitz-Gerald@santabarbaraca.gov,
Mark.McDaniel@kerrvilletx.gov, sundar@google.com, jessicakorth4@gmail.com

**Date:**    Feb 23, 2021 5:50:14 PM

any amount of features that a person points out about our reality are facts of our reality.

all the total amount of ways in which we can do that is also fact and truth.

for instance, if i point out that the eiffel tower is in france, new york has the statue of liberty, and george washington was president of the united states of america, those are facts. they are also still facts if you point them out in a different order. george washington was president, the statue of liberty is in new york, and people visit the eiffel tower in france all year long. different order, still facts.

so if we point out the features of a modern cell phone, the same rules apply. a smartphone has volume, battery power, color and access to information on the internet. facts.

our computers and smartphones also have american english (and other languags) downloaded and coded into them. generally some sort of document system, like microsoft word exists in many laptops and desktop computers. our smartphones also carry the american english language inside of them in the text messaging system. the auto correct, word-suggest feature shows this.

so to point out that the words but, and, go, write, scroll, candidate, the and so on exist inside the phones is a fact of our reality. or the comuters. or a dictionary. or pretty much anywhere else around us on planet earth. our languages are all over this place. the words themselves, in the form of the visual symbology are actually part of the phones and computers themselves. or our books. or magazines. or the internet databases. or our minds. or our voices.

so to point out that your smartphone (anybody's) is EVIDENCE AND PROOF THAT EVERY HUMAN BEING IS THE OWNER OF EVERYTHING IN OUR EXISTENCE, IMMEDIATELY, INCLUDING ALL OF THE PRODUCTS IN ALL OUR MAJOR BUSINESSES IN AMERICA (Wal-mart, Target, Amazon Fulfillment Centers, Home Depot; so on and so forth) that is a fact of our reality, because those words, in that exact order, are necessary parts to the current truth of what is happening in our solar system. or our galaxy. or our reality.

just wanted to point that out.

oh yeah, its fraud to make us think that we aren't. because any other statements that you can point out that contradict that are LESS true. any time we have two facts (and we can compare ALL facts two at a time), if one fact contradicts or denies another fact, it is less true, because it is denying something that is true.

i know i seem conceited and arrogant, but there are REAL people dying on planet earth (all of us), and in the winter months, in the colder states, we are driving ourselves literally TO DEATH at 2, 3, 4, 5 and so on in the morning in threatening, dangerous and damaging conditions because we are afraid of losing our jobs and not having enough money to pay rent or mortgage, gas and electric, utilities and more because we think we AREN'T the owners of our houses and apartments, and WE ARE. IF THE REST OF US ARE PUTTING PRESSURE ON THOSE PEOPLE WHO DO THAT, AND THEY DIE ANOTHER YEAR, LIKE WHAT JUST HAPPENED IN TEXAS AGAIN, THE REST OF US WILL BE GUILTY OF WRECKLESS ENGANGERMENT and NEGLIGENCE OF FELONIOUS NATURE, i would even dare MANSLAUGHTER. WE WILL BE AT FAULT AS A WHOLE SOCIETY IF IT HAPPENS AGAIN NEXT WINTER.

We need to do something different to change our behavior patterns on this planet, starting in America. We Are supposed to be LEADERS OF THE FREE WORLD, but consistently we pay for pretty much everything we do.

it is a fact of our reality that we make i have, you have and we have statements.  i have a boat, you have a car, we have friends, families, dogs, cats, mice, insects and so on.  we also have bodies.  i have a head.  you have feet.  we have nails in our hands and feet (so did jesus).  we also have voices.   this is a fact. (even if we don't believe it).  when we

have voices, phones, computers, books and more, and those things are language, then we have our language. therefore, we have american english. if this is true (and it is), then we MUST HAVE *ALL 26 of its symbols, ALL of its words, and ALL the ways they are already configured all over reality and our planet, or CAN BE used, configured or*

arranged, anywhere in existence.  i have A, you have B, we have C.  WE HAVE ABCDEXYZZ3472 and so on.  WE also have dog.  we have cat.  we have jump run skip hop down glade up tor.  we MUST have EVERY COMBINATION OF SYMBOLS AND WORDS POSSIBLE.  period.  Therefore, we MUST HAVE (these words and

*symbols this exact way) THE IDENTITY OF BEING EVERYTHING AND EVERYONE IN OUR ENTIRE REALITY SO MUCH SO THAT OUR LANGUAGES FORCES US to realize that we ARE everything and everyone in our entire reality.  I am you, you are me, and we are every human that has ever existed or will ever exist.  period.  You are*

*Ghengis Khan.  I am henry ford.  WE ARE THE MILKY WAY GALAXY and EVErything in it.     WE are stars, planets, the sun, and so on.*

*Even if our minds say we aren't.  facts are facts.*

*This means every single American (technically every human) MUST HAVE the*

*identity of being THE PRESIDENT OF THE UNITED STATES OF AMERICA (it is not just one of us);  CO-Owner of every major business in our country (technically every business, but we should look out for smaller businesses, because they are more vulnerable);  Owner of the primary residence where they currently live (at least one*

*apartment, house, condo or motel/hotel room);  and a human being who has AN INFINITE AMOUNT OF MONEY, and at least 5 different forms of it that are all equal in value, worth, validity, authority and legality as any other forms of money, currency or payment that exist.  yes, i said that correctly.  Each one of us as american citizens*

*MUST HAVE ALL OF THE CONDITIONS ABOVE and THEIR MEANING IN ACTUALITY, b/c our language (this website, these words) are/is a fact of our reality!*



---

## what is an attorney? what is google? what is an email?

**From:**   "chad busto" <bchad4215@gmail.com>

**To:**     "Denny Wei" <DWei@santabarbaraca.gov>, americanpresidency2024@mail.com, "Sundar Pichai" <sundar@google.com>

**Date:**   Feb 26, 2021 8:38:01 AM

---

what is an attorney, without a client? not an attorney at all

what is google, without people searching the internet? not google at all

and what is an email sender, if not but a human being sending information and language across miles of land, to ANOTHER HUMAN BEING; and then BOTH PEOPLE are part of the SAME IDEA and therefore are the SAME THING---the entire premise of the truth of an email itself.

https://youtu.be/ZwNNe-UCqRq

# what we actually have in our reality

Sent: ↱ **Saturday, February 13, 2021 9:16 PM**

From: **christandus2020 christandus2020@protonmail.com**

To: **bchad4215@gmail.com bchad4215@gmail.com**

it is a fact of our reality in america that we make i have, you have, and we have statements. i have a car, you have a job, we have friends, family, husbands, wives, kids, dogs.

we also have bodies. I have a head. You have arms. We have feet.
we also have voices, smartphones and computers. our voices, smartphones and computers are languages. here in america, the primary language is american english. when we have our voices or phones, and our voices and phones are a language, then we have the language. so we have american english.

that means we MUST have All 26 of its symbols and All of its words and All of the ways in which those symbols and words are already configured, all over the world, or can be used or configured. i have A. you have B. We have AB and BA. We have ABC; We have ABCEFXOPX. we have ABCBNRT. And so on. All the combinations of symbols that are possible.

We also have All of the words of american english and all the ways they can be listed and used, singly and more. I have run. you have jump. we have sky cloud bird sing dance jump skip hop. we also have multiple combinations. i have good day. you have day good. we have pine tree and tree pine. ALL THE COMBINATIONS THAT ARE POSSIBLE.

That means we MUST have (these words this exact way) EVERYTHING AND EVERYONE IN OUR EXISTENCE AS AN IDENTITY TO THE POINT THAT OUR LANGUAGE (EVEN IF WE DON'T BELIEVE IT) MAKES ALL OF US AS HUMANS AND AMERICANS EVERYTHING AND EVERYONE THAT EXISTS. EVERYWHERE IN EXISTENCE, INCLUDING EVERYONE AND EVERYTHING ON PLANET EARTH. Period.

That means 3 incredibly huge ideas: A. Every single human on this planet and every single american have the identity of being The President of the United States of America and every elected government official position automatically, including the identity of being every occupation on this planet, and our voting system is fraudulent and deceptive; B. Every single american has CO-OWNERSHIP OF EVERY MAJOR CORPORATION IN AMERICA WITH EVERY OTHER AMERICAN, including ALL our supermarkets; C. And every american is already the rightful owner of the apartment or house in which they currently live, and owners already of the vehicles in which they currently possess and use; to make us think that we are NOT these things is FRAUDULENCE AND DECEPTION (FEDERAL OFFENSES).

Sent with ProtonMail Secure Email.

To: chad busto <bchad4215@gmail.com>

Once the opposing side makes an appearance or files a responsive pleading, we can move up the initial conference date.

Please be aware that the Court only typically addresses scheduling deadlines at the initial conference. The majority of initial conferences are cancelled if parties can provide me with an agreed scheduling order.

I can issue the Notice regarding the initial conference once opposing counsel has made an appearance to receive the notice.

[Quoted text hidden]

---

**chad busto** <bchad4215@gmail.com>                                   Fri, Feb 19, 2021 at 6:09 AM
To: Art Rivera <Arturo_Rivera@txs.uscourts.gov>

are you talking about an appearance, like, once they receive the summons they either must file some sort of written response or they must show up for court?  and if they show up, do they get to see the judge without me there?

also, something for you to think about.  the united states currency system, in heavy part based upon its paper currency, needs an exactness.  ALL of the symbols necessary for a one hundred dollar bill are necessary to the one hundred dollar bill for it to actually be a one hundred dollar bill.  the word AMERICA, i believe, if i am not mistaken, MUST APPEAR on the bill for it to be legal tender.  because THE WHOLE bill is considered legal tender (money), everything on it then MUST BE MONEY.  So, if the letter A, for example, this letter A here----A-------(or anywhere (and EVERYWHERE)the letter A exists, especially in this email) is a necessary component of the money, and then IS the money, and it is the same letter everywhere it exists (here even (A), and then A again (A)), because fundamentally the letter A is THE SAME LETTER everywhere it exists, it would have a monetary value everywhere it exists, because it IS THE MONEY (it is a part of the whole bill, and the WHOLE bill is money).  I think, the letters M__O__N___E____Y, being necessary to THE UNITED STATES OF AMERICA and the word TREASURY (the m, o, n, e, and y all exist on the 5 dollar, one dollar, ten dollar, 20 dollar so on…bills in those words), because they ARE ON THE MONEY,  ARE (i repeat ARE) THE MONEY, and once again are the SAME ALPHABETICAL LETTTERS EVERYWHERE they exist,   so, because the letter M is here (M), and is is the five dollar bill (a part of it), it is money.  if the letter M IS MONEY (it is that word), then this email IS MONEY.  That would actually make sense, because ALL of these words are what this email is.  This email IS A.  This email is LE.  This email IS LETTER, and EMAIL, and this email IS M-O-N-E-Y!!!!.  Because the American English Alphabet is ONE alphabet, ALL of the Alphabetical Letters share characteristics (groups are single categories)l This is why the letter D is Deception and Deceptive- It is both GOOD and BAD at the same time.

Because a part of the GOOGLE (ALPHABET) corporation IS its name (the actual word GOOGLE is a necessary component of GOOGLE as a company), if the letter G or O exist in this email, then part of the Corporation exists here in this email.  Our language is a FACT of our reality.  That means that the definitions of our words are also FACTS.  The basic quality of REALITY and EXISTENCE (in actuality and in meaningl) is to be REAL and TO EXIST; hence everything that EXISTS is EXISTENCE, and everything that is REAL IS REALITY.  YOU are REAL, I am REAL, these SYMBOLS ARE REAL;  WE ARE REALITY and therefore ARE THESE SYMBOLS.  You can test this- when you think, you think in words right? (and in images, other things) If we think in WORDS, and i think the word DOG, (like i need to go walk my dog), and the word DOG appears here (DOG), must it not be the SAME WORD?  How then is this word JOE also the same word JOE when it appears here and somewhere else (JOE), like here (JOE)?      certainly this (A) is also here (A), and, quite frankly, over here (A).          roger. over.

[Quoted text hidden]

---

**mail.com**

# driver's license, registration, and proof of insurance

**From:**    "michael roosevelt-bush" <americanpresidency2024@mail.com>

**To:**      americanpresidency2024@mail.com, christandus2020@protonmail.com, bchad4215@gmail.com

**Date:**    Feb 21, 2021 2:02:16 AM

if we have our languages, we MUST HAVE ALL POSSIBLE COMBINATIONS OF SYMBOLS AND WORDS THAT EXIST.  we have A.  we have BB.  we have ABFY*&)HJLL:*&R.  We MUST HAVE these symbols in the exact way they exist in this email.com

therefore we have, as an entire society, but also through our law enforcement agencies a valid and legal form (just as valid and just as legal) of driver's license, current registration, and proof of an insurance policy that is for cars and other vehicles that is worth ***an infinite amount of money and never runs out, because that is exactly what these words are in this email address,***  these words ARE (this is the letter A here (A)) at least one form of a valid driver's state issued license;  these words ARE PROOF OF INSURANCE WORTH AN INFINITE AMOUNT OF MONEY FOREVER (it just likes it here)

This site was designed with the WiX.com website builder. Create your website today.    Start Now

"Everything that we sense is a part of us: the sun, the sky, the people around us, our country, reality, life; because our senses are a part of us."

We Are Our Language

- "The United States of America."



WHO WE ARE.

WE ARE OUR
LANGUAGES IN
AMERICA.  WE ARE
AMERICAN
ENGLISH.

THESE WORDS ARE
AMERICAN
ENGLISH.

OUR LANGUAGE IS
WHO WE ARE.

**WE ARE EVERYTHING.**

**WE ARE
EVERYWHERE.**

**AND BECAUSE THIS MEANS WE ARE EVERYONE, ALL 331
MILLION OF US AS AMERICAN CITIZENS ARE THE REAL
PRESIDENT(S) OF THE UNITED STATES OF AMERICA.
IT IS NOT JUST ONE OF US.**